IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERKELEY RESEARCH GROUP, LLC, | No. C 16-07205 WHA |
| Plaintiff, | |
| v. | **NOTICE RE OPPORTUNITIES FOR YOUNG ATTORNEYS** |
| UNITED POTATO GROWERS OF AMERICA, INC., *et al.*, | |
| Defendants. | |

Counsel will please keep in mind the need to provide arguments and courtroom experience to the next generation of practitioners.  The Court will particularly welcome any lawyer with four or fewer years of experience to argue the upcoming motions to remand and to dismiss.

Dated:   March 3, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\WHAALL\2016civ\16-07205  BRG v Potato\OrderYA(RemandPJ).wpd